KANSAS CITY, M. & O. RY. CO. OF TEXAS
et al. v. HITSON.    (No. 8134.)

(Court of Civil Appeals of Texas. Ft. Worth.
March 20, 1915. Rehearing Denied
May 8, 1915.)

Error from Nolan County Court; John H.
Cochran, Judge.

Action by J. J. Hitson against the Kansas
City, Mexico & Orient Railway Company of
Texas and others. Judgment for plaintiff, and
defendants bring error. Reversed, and cause
remanded.

H. S. Garrett, of San Angelo, and Douthit &
Smith, of Sweetwater, for plaintiffs in error.
Ed. J. Hamner and Geo. T. Wilson, both of
Sweetwater, for defendant in error.

BUCK, J.   J. J. Hitson, plaintiff below, filed
suit June 20, 1911, in the county court of
Nolan county, against the Kansas City, Mexico
& Orient Railway Company of Texas, and the
Kansas City, Mexico & Orient Railway Com-
pany, for alleged damages in the sum of $822,
with interest, on a shipment of 45 heifers, 2
bulls, 2 horses, and 269 cows, from Sierra
Blanca, Tex., to Clinton, Okl., December 19,
1910, via lines of the Texas & Pacific Railway
Company and of the plaintiffs in error, defend-
ants below. The Texas & Pacific Railway Com-
pany was not a party to this suit.

Practically, the same assignments of error
are presented and the same conditions shown
in this case as in the cases of No. 8132, Kansas
City, Mexico & Orient Ry. Co. of Texas et al.
v. J. G. Imboden, 176 S. W. 900, and No. 8133,
S. B. Hovey & M. L. Mertz, Receivers, v. Hal-
sell-Arledge Cattle Co., 176 S. W. 897, this day
decided by this court, the opinion in the first
case by Mr. Chief Justice Conner, and in the
second case by Mr. Justice Dunklin; and it is
the judgment of this court that, for the reasons
given for this court's action in those two cases,
in so far as they are applicable in this case, and
they are so in the essential particulars, the
judgment of the trial court should be reversed,
and the cause remanded, and it is so ordered.